**Motion Granted; Vacated and Remanded and Memorandum Opinion filed February 28, 2013.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-12-00513-CV

---

### SUNCHASE AMERICAN, LTD, Appellant

### V.

### ELBERT WARNER, Appellee

---

**On Appeal from the 212th District Court
Galveston County, Texas
Trial Court Cause No. 10CV3896-A**

---

## M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed November 28, 2011. On February 14, 2014, appellant filed an unopposed motion to dismiss the appeal and remand the cause to the trial court for rendition of judgment in accordance with the parties' agreement. *See* Tex. R. App. P. 42.1. The motion is granted.

Accordingly, we vacate the judgment signed November 28, 2011, and we remand the cause to the trial court for rendition of judgment in accordance with the parties' agreement.


PER CURIAM


Panel consists of Chief Justice Hedges and Justices Boyce and Donovan.